UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON WILLIAM ATENCIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, *et al.*,<br><br>　　　　　Defendants. | No.  1:21-cv-00191-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 12) |

Plaintiff Aaron William Atencio is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2021, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 12.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 11.)  Plaintiff timely filed objections on July 29, 2021.  (Doc. No. 13.)

Plaintiff's primary objection concern his claims regarding not receiving fair notice. Plaintiff alleges his due process was violated because he was punished under a prison regulation prohibiting possession of a MicroSD card that contradicted a different regulation that permitted

possession of a MicroSD card. (*See* Doc. No. 11.) The court reads the findings and recommendations as recommending dismissal of such claims because plaintiff was punished not for *possessing* the MicroSD card but for misusing it. (Doc. No. 12 at 9 (findings and recommendations); *see also* Doc. No. 11 at 11–12 (admitting rules violation report stated that he was found guilty based on the allegation the MicroSD card had been misused in a cellular device)).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the pending findings and recommendations are supported by the record and the proper analysis.

Accordingly,

1. The findings and recommendations issued on July 15, 2021, (Doc. No. 12), are adopted;
2. This action is dismissed without prejudice due to plaintiff's failure to state a federal claim upon which relief may be granted; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2021**

UNITED STATES DISTRICT JUDGE

2